PETER BELL, Respondent, *v.* PHILIP SALKIND et al., Appellants.

Supreme Court, Appellate Term, Second Department, October 19, 1950.

*Jacob Wenafsky* for appellants.

*Abel Just* for respondent.

*Per Curiam.* The complaint fails to state a cause of action. The order denying defendant's motion for summary judgment should be unanimously reversed on the law, with $10 costs, and motion granted, with $10 costs to defendants.

STEINBRINK, FENNELLY and RUBENSTEIN, JJ., concur.

Order reversed, etc.